B20A (Official Form 20A) (Notice of Motion or Objection) (12/10)                EDVA (12/10)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:  Willie Augusta Freeman                )
                                              )
*[Set forth here all names including married, maiden, and* )
*trade names used by debtor within last 8 years.]*         )     Case No. 11-74980
                                              )
         Debtor                               )     Chapter  13
                                              )
Address  924 Marietta Avenue                  )
         Norfolk, VA 23513                    )
                                              )
                                              )
Last four digits of Social Security or Individual Tax-payer )
Identification (ITIN) No(s).,(if any): 5910   )
                                              )
Employer's Tax Identification (EIN) No(s).(if any):  )
                                              )

## NOTICE OF MOTION (OR OBJECTION)

Debtor, by his Counsel,                 has filed papers with the court to vacate the dismissal of

his Chapter 13 Bankruptcy.                                                                        .

**Your rights may be affected**.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before _____, you or your attorney must:

☐    File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

                    Clerk of Court
                    United States Bankruptcy Court

2

You must also mail a copy to:

☒ Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing**

☐ Attend the hearing on the motion (or objection) scheduled to be held on _____ at _____ ____m. at United States Bankruptcy Court, _____
_____.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: December 1, 2011

Signature, name, address and telephone number of person giving notice:

*[signature]*

Snyder & Tankersley
2006 Old Greenbrier Road, Suite IE
Chesapeake, VA 23320

Virginia State Bar No. 16061
Counsel for Debtor, by his Counsel,

Certificate of Service

I hereby certify that I have this 1st day of December, 20 11, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

*[signature]*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In Re:  Willie August Freeman
Debtor.

Case No: 11-74980
Chapter 13

## Motion to Vacate Order of Dismissal

To the Honorable Stephen C. St. John, Judge:

**COMES NOW** the debtor, Willie August Freeman, by Counsel, in support of his Motion respectfully states as follows:

This case commenced upon the filing of a Voluntary Petition for Bankruptcy under Chapter 13 of Title 11 of the United States Bankruptcy Code in this Court on November 8, 2011. The Court entered an Order for Relief of that date.

The deadline for filing a Chapter 13 Plan was November 23, 2011, which was not timely filed. Counsel for Debtor had just changed employment status and opened a new office during the time the Plan was due. Because the computer equipment and software in the new office had not been fully installed, it was not possible to file the plan at that time.

On November 25, 2011, an Order of Dismissal was entered.

The failure to file a Plan was done unintentionally and was due to no fault of the debtor. The Debtor has been and is prepared to continue to pay his Plan payments as due.

**WHEREFORE**, the Debtor prays for the entry of an Order vacating the dismissal, respectfully requests a reinstatement of his Chapter 13 Bankruptcy, and that the Debtor's case be allowed to go forward, and that he be granted any other remedies the Court may deem appropriate.

Glenn R. Tankersley, Esquire
VSB #: 16061
*Snyder & Tankersley*
2006 Old Greenbrier Road
Suite 1E
Chesapeake, VA 23320
ph 757-3351-2622
e-mail: glenn@snytan.hrcoxmail.com  and  glennrtankersley@cox.net

Willie August Freeman

By: _____
Of Counsel

**Certificate of Mailing**

I hereby certify that a copy of the foregoing Motion was mailed to the debtor, U.S. Trustee, Interim Trustee, and all parties in interest on this December 1, 2011.

_____
Glenn R. Tankersley, Esquire

Glenn R. Tankersley, Esquire
VSB #: 16061
*Snyder & Tankersley*
2006 Old Greenbrier Road
Suite 1E
Chesapeake, VA 23320
ph 757-3351-2622
e-mail: glenn@snytan.hrcoxmail.com and glennrtankersley@cox.net

Atlantic Anesthesia
134 Business Park Drive
Virginia Beach, VA 23462

Bank of America
PO Box 25118
Tampa, FL 33622

Bon Secours
150 Kingsley Lane
Norfolk, VA 23505

Cardiology Consultants, Ltd
205 Business Park Drive
Suite 200
Virginia Beach, VA 23462

Check Smart
7001 Post Road
Suite 300
Dublin, OH 43016

Commonwealth Trustee, LLC
8601 Westwood Center Drive
Suite 255
Vienna, VA 22182

Credit Collections Srv.
Po Box 9134
Needham, MA 02494

Dominion Power
P.O. Box 26666
Richmond, VA 23261

Dt Credit Co
7300 E Hampton Ave. Suite 101
Mesa, AZ 85209

Equidata
724 Thimble Shoals Blvd
Newport News, VA 23606

Family Physicians of Tidewater
425 W 20th Street
Suite 1
Norfolk, VA 23517

Firstsource Advantage
1232 W State Road
La Porte, IN 46350

HRUBS
PO Box 5912
Virginia Beach, VA 23471

ICS Capital
PO Box 1826
Colleyville, TX 76034

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

MCM
Dept 12421
PO Box 603
Oaks, PA 19456

Midland Credit Mgmt In
8875 Aero Dr
San Diego, CA 92123

Nationstar Mortgage
Bankruptcy Department
350 Highland Drive
Lewisville, TX 75067

Office of the US Trustee
200 Granby Street
Suite 625
Norfolk, VA 23510

Progressive Direct Insurance
CCS
PO Box 55126
Boston, MA 02205

Sentara Collections
535 Independence Parkway
Suite 700
Chesapeake, VA 23320

Vann Virginia
Ctr for Orthopaedics
230 Clearfield Avenue
Virginia Beach, VA 23462

Virginia Dept of Taxation
Bankruptcy Unit
P.O. Box 2156
Richmond, VA 23218-2156